**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Athans, Jr., | No. CV-06-1841-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Starbucks Coffee Co., | |
| Defendant. | |

Pending before the Court is Plaintiff's motion for entry of default against Defendant pursuant to Rule 55 of the Federal Rules of Civil Procedure. Dkt. #7. For the reasons set forth below, the Court will deny the motion.

Rule 55 provides that the clerk shall enter a party's default when the party fails to plead or otherwise defend an action as provided by the rules of procedure. Fed. R. Civ. P. 55(a). Rule 12 provides that a defendant must respond to a complaint within 20 days of being served with process. Fed. R. Civ. P. 12(a)(1)(A).

Plaintiff served Defendant on July 7, 2006. Dkt. #1 ¶ A. Defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6) on July 27, 2006. Dkt. #5. Defendant has thus satisfied Rule 12 by moving to dismiss the complaint within 20 days of being served with process. *See King v. Russell*, 963 F.2d 1301, 1305 n.2 (9th Cir. 1992) ("Rule 12 allows . . . defendants 20 days after service to file a motion to dismiss."). The Court accordingly will deny Plaintiff's motion for entry of default.

1    **IT IS ORDERED** that Plaintiff's motion for entry of default (Dkt. #7) is **denied**.

2    DATED this 22nd day of November, 2006.

_____
David G. Campbell
United States District Judge

- 2 -